```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 23731
   JOSHUA FRANK JR
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-0367


-------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
    The case was filed on 09/08/2008 and was not confirmed.

    The case was dismissed without confirmation 12/15/2008.
-------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-------------------------------------------------------------------------
MCI                        UNSECURED       NOT FILED           .00           .00
CINGULAR                   UNSECURED       NOT FILED           .00           .00
CITY OF CHICAGO PARKING    UNSECURED         1960.00           .00           .00
PREMIER BANKCARD           UNSECURED          682.38           .00           .00
IQ TELECOM                 UNSECURED       NOT FILED           .00           .00
MIDLAND CREDIT MANAGEMEN   UNSECURED          670.60           .00           .00
DIRECTV INC                UNSECURED       NOT FILED           .00           .00
RIVER AUTO GROUP LTD       UNSECURED       NOT FILED           .00           .00
AT&T                       UNSECURED       NOT FILED           .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          626.51           .00           .00
SANTANDER CONSUMER USA     SECURED VEHIC   10073.84            .00        171.33
SANTANDER CONSUMER USA     UNSECURED       NOT FILED           .00           .00
ZK REALTY                  NOTICE ONLY     NOT FILED           .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       3,474.00                        .00
TOM VAUGHN                 TRUSTEE                                         13.29
DEBTOR REFUND              REFUND                                            .00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                  RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE             184.62

PRIORITY                                       .00
SECURED                                     171.33
UNSECURED                                      .00
ADMINISTRATIVE                                 .00
TRUSTEE COMPENSATION                         13.29
DEBTOR REFUND                                  .00
                  --------------         --------------
TOTALS              184.62                  184.62


              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 23731 JOSHUA FRANK JR
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE